| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | CR | FILING DATE MO. DAY YR. | J | NATURE SUIT PTF DEF | DIV. | R 23 | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 87 01649 | 1 | 07 01 87 | 3 | 530 | | | | C 87-1649 | | | | 01649 |

CAUSE:   PLAINTIFFS                                     DEFENDANTS

BUMAGIN, Semyon                                         TATE, Arthur

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. §2254 - Petition for Writ of Habeas Corpus (State Custody)

### ATTORNEYS

Paul Mancino, Jr.  (216) 621-1742
One Public Square Bldg.
Suite 1001
Cleveland, Ohio  44113

Donald G. Keyser  (614) 466-5414
Assistant Attorney General
State Office Tower, 26th Floor
30 East Broad St.
Columbus, Ohio  43266-0410

Cuyahoga - #5

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 7-1-87 | | | JS-5 | 7/31/87 |
| | | | | JS-6 | DEC 31 1987 |

UNITED STATES DISTRICT COURT DOCKET                                              DC-111 (Rev. 1/87)

SEMYON BUMAGIN vs ARTHUR TATE

C87-1649

JUDGE ALDRICH

| DATE | NR. | | PROCEEDINGS |
|---|---|---|---|
| 7/1/87 | 1 | (2) | MOTION of Petitioner for leave to proceed in forma pauperis and for the appointment of counsel with Application to proceed attached, filed. (3 p) (JAM) |
| 7/6/87 | 2 | (1) | MARGINAL Entry Order on Application that the application to proceed without prepayment of cost or fees or the necessity of giving security therefor is granted. Aldrich, J. Issued. (1 p) (7/6/87)(JAM) |
| 7/6/87 | 3 | | PETITION under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in State Custody filed. Copy by Clerk to Attorney General & Respondent. (7 p) (JAM) |
| 7/6/87 | 4 | | ORDER that respondent shall make a return within 20 days of the date of this order, etc. filed. Aldrich, J. Issued. (1 p) (7/6/87)(JAM) |
| 7/6/87 | 5 | | ORDER that this case is referred to Magistrate David S. Perelman for a report and recommended decision filed. Aldrich, J. Issued. (1 p) (7/6/87)(JAM) |
| 8/10/87 | 6 | (7) | MOTION of respondent for extension of time to respond with Memorandum in support filed. c/m 8/5/87. (3 p) (JAM) |
| 8/11/87 | 7 | (6) | ORDER granting motion of respondent for extension of time to file return of writ until 8/25/87 filed. Perelman, Mag. Issued. (1 p) (8/11/87)(JAM) |
| 8/26/87 | 8 | (9) | MOTION of respondent for extension of time to respond with Memorandum in support filed. c/m 8/21/87. (3 p) (JAM) |
| 8/26/87 | 9 | (8) | MARGINAL Entry Order granting motion of respondent for extension of time to file response until 9/14/87. Perelman, Mag. Issued. (1 p)(8/27/87)(JAM) |
| 9/15/87 | 10 | (11) | MOTION of respondent for extension of time to respond with Memorandum in support filed. c/m 9/11/87. (3 p) (JAM) |
| 9/16/87 | 11 | (10) | MARGINAL Entry Order granting mtoion of respond for extension of time to respond until 10/5/87. Prelman, Mag. Issued. (1 p) (9/16/87)(JAM) |
| 10/5/87 | 12 | (13) | MOTION of respondent for extension of time to respond with Memorandum in support filed. c/m 9/30/87. (4 p) (JAM) |
| 10/9/87 | 13 | (12) | MARGINAL Entry Order granting motion of respondent for extension of time to respond until 10/25/87. ALdrich, J. Issued. (1 p) (10/14/87)(JAM) |
| 10/23/87 | 14 | | RETURN of Writ of respondent filed. c/m 10/20/87. (56 p) (JAM) |
| 11/5/87 | 15 | | SUPPLEMENT of respondent for correction of writ filed. c/m 10/27/87. (2 p) (JAM) |
| 11/5/87 | 16 | | SUPPLEMENTAL Return of Writ of respondent, supplemental exhibit filed. c/m 11/26/87. (2 p) (JAM) |
| 11/5/87 | 17 | | TRAVERSE and Brief of petitioner filed. c/m 11/5/87. (5 p) (JAM) |
| 11/12/87 | 18 | | SUPPLEMENTAL Return of Writ of Respondent Tate and Response to Petitioner's Traverse, filed. c/m 11/9/87 (12 p) ee (11/13/87) |
| 11/18/87 | 19 | | REPORT & Recommendation of Magistrate David S. Perelman that the petition be dismissed without further proceedings filed. Perelman, Mag. Issued. (8 p) (11/19/87)(JAM) |
| 11/30/87 | 20 | | OBJECTION & EXCEPTIONS of petitioner to report & recommendation of Magistrate, filed. c/m 11/30/87. 4 p pel |
| 12/7/87 | 21 | | MOTION of deft in support of the report and recommendation of the Mag., with memorandum in support, filed. c/m 12/4/87 (3 p.) prm |
| 12/8/87 | 22 | | MEMORANDUM and Order that the report and recommendation of the magistrate is adopted, and the petition for a writ of habeas corpus is denied filed. Aldrich, J. Issued. (3 p) (12/8/87)(JAM) |
| 12/8/87 | 23 | | ORDER that the report and recommendation of the magistrate is adopted; Further Ordered that the petition for a writ of habeas corpus is denied filed. Aldrich, J. Issued. (1 p) (12/8/87)(JAM) |